BURNHAM REALTY CORPORATION, Appellant, v. KUSIEL RAYMEN, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell; Finch and Burr, JJ.

ALICE N. TOE LAER, Respondent, v. ROBERT R. TOE LAER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

LENA WALSH, Respondent, v. MORRIS SHAPIRO, Defendant, Impleaded with ANNIE SCHWADE, Appellant.— Orders are affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

GEORGE F. HINRICHS, INC., Respondent, v. THE CITY OF NEW YORK and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

LAWRENCE ATTERBURY and Others, as Executors, etc., of ANNIE T. L. ATTERBURY, Deceased, Appellants, v. THE BANK OF WASHINGTON HEIGHTS OF THE CITY OF .NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

BOLT & CO., INC., Appellant, Respondent, v. ARTHUR GILMORE, as Executor, etc., of WINFIELD S. GILMORE, Deceased, and Others, Respondents, Appellants, Impleaded with Others, Defendants.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

BLANCHE MONTAGUE, an Infant, by MARGARET MONTAGUE, Her Guardian ad Litem, Appellant, v. NAT SHEFIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

HENRY C. MILLER, Respondent, v. MANTON M. MARBLE and Another, Appellants, and BARNARD STEIN and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

In the Matter of the Application of DENNIS E. CONNERS for an Order Directing WILLIAM L. CLAY, an Attorney, etc., to Turn over Various Papers, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before February 20, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

WILLIAM FREDERICK HOPPE, Respondent, v. ALICE BEATRICE HOPPE, Appellant.— Motion to dismiss appeal granted, unless appellant procure appellant's points to be filed on or before February 14, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

MILTON MENSCH and Another, Respondents, v. SELECT PICTURES CORPORATION and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

ENRICO VILLARI and Another, Respondents, v. ADOLFO VILLARI and Others, Defendants, Impleaded with SUSIE MARGARETTA VIGNA, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.